1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 323-1940
8   Fax:  (916) 324-5205

9  Attorneys for Defendants Kelly, Green, and Cooper
   SF2004401458

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS DUNPHY, JR., | CASE NO. CIV S-03-2234 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SERGEANT V. KELLY, et al., | |
| Defendants. | |

Defendants' first request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, the request will be granted; however, the court will not vacate the dates for the pretrial conference and jury trial set in the May 17, 2005 scheduling order until and unless defendants file a timely dispositive pretrial motion pursuant to this order.

\\\\\

\\\\\

\\\\\

1

1 | IT IS HEREBY ORDERED that Defendants shall have until November 20, 2005 to file
2 | a motion for summary judgment.
3 | DATED: 10/31/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

7 | dunp2234.po