BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-1940
  Fax:  (916) 324-5205

Attorneys for Defendants
Cooper, Green, and Kelly
48149286-SF2004401458

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS DUNPHY, JR.,** | NO. CIV S-03-2234 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **SERGEANT V. KELLY, et al.,** | |
| Defendants. | |

    Defendants' second request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendants' request is granted.

    **IT IS HEREBY ORDERED** that Defendants shall have until December 5, 2005, to file their motion for summary judgment.  No further extensions.

DATED: 11/30/05                                          /s/ Gregory G. Hollows

                                                                   GREGORY G. HOLLOWS
                                                                     United States Magistrate Judge

dunp2234.po2