IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS DUNPHY, JR.,

    Plaintiff,                    No. CIV S-03-2234 LKK GGH P

    vs.

SGT. V. KELLY, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Defendants' December 5, 2005 motion for summary judgment, to which plaintiff filed a December 15, 2005 response, has been submitted and is pending. The pretrial conference and jury trial, set for January 27, 2006 and April 11, 2006, respectively, are hereby vacated. These dates will be reset upon resolution of the summary judgment motion, if appropriate.

DATED: 2/16/06

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

GGH:035
dunp2234.vac