IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS DUNPHY, JR.,

    Plaintiff,　　　　　　　　　　No. CIV S-03-2234 LKK GGH P

  vs.

SGT. V. KELLY, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants have joined plaintiff's request for dismissal. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

      Accordingly, the Clerk of Court shall close this case.

DATED: 3/27/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
dunp2234.59